Scott Broadwell, ABA No. 0611069
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
scottbroadwell@dwt.com

Attorneys for BMW of North America, LLC

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| HOLLY DUBOSE,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 3AN-21-08751CI |

## NOTICE TO COURT OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant BMW of North America, LLC respectfully gives notice to this court and to Plaintiff Holly Dubose that Defendant has removed this action to the United States District Court for the District of Alaska as set forth in the attached Notice of Removal of a Civil Action filed in the United States District Court on January 5, 2022.

Pursuant to 28 U.S.C. § 1446(d), this court shall proceed no further unless and until the case is remanded.

NOTICE OF COURT OF REMOVAL OF ACTION
*Holly Dubose v. BMW of North America, LLC*, 3AN-21-08751CI

Page 1 of 2

Case 3:22-cv-00005-JMK   Document 1-1   Filed 01/05/22   Page 1 of 6

Exhibit A
1 of 6

DATED this 5th day of January, 2022.

                              Davis Wright Tremaine LLP
                              Attorneys for BMW of North America, LLC

By: _____
    Scott Broadwell, ABA No. 0611069

Certificate of Service

On the 5th day of January, 2022, a true and correct copy of the foregoing document was sent via email to the following parties:

Kristen E. Crabb
Guess & Rudd, P.C.
1029 W. Third Avenue, Suite 400
Anchorage, AK 99501
kcrabb@guessrudd.com

By:*/s/* Angie Black

4862-0058-3944v.1 0050033-006128

**Davis Wright Tremaine LLP**
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399

M. Scott Broadwell, ABA No. 0611069
DAVIS WRIGHT TREMAINE LLP
188 West Northern Lights Blvd., Suite 1100
Anchorage, AK 99503
Phone: (907) 257-5300
scottbroadwell@dwt.com

Attorneys for BMW of North America, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| HOLLY DUBOSE,<br><br>　　　　　Plaintiff,<br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Case No. 3:22-cv-_____- \_\_\_\_<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

TO: 　　　Clerk, United States District Court for the District of Alaska

AND TO: 　Plaintiff Holly Dubose, through her attorneys of record, Law Offices of Guess & Rudd, P.C.

　　　Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and District of Alaska Local Rules 3.1 and 3.2, defendant BMW of North America, LLC hereby removes this case to the United States District Court for the District of Alaska on the grounds set forth below:

　　　1.　　On November 30, 2021, plaintiff Holly Dubose filed suit against Defendant in the District Court for the State of Alaska, Third Judicial District at Anchorage. The case caption is *Holly Dubose v. BMW of North America, LLC*, Case Number 3AN-21-08751CI.

## TIMELY REMOVAL

2. Defendant first received the Summons and Complaint on December 7, 2021. This Notice of Removal of Civil Action is filed within thirty-days after receipt of the Summons and Complaint in the state action and is therefore timely under 28 U.S.C. § 1446(b).

## FEDERAL QUESTION JURISDICTION

3. This is a civil action in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and which may be removed by Defendant to this Court pursuant to 28 U.S.C. § 1441(a).

4. Pursuant to 28 U.S.C. § 1331, federal question jurisdiction exists on the grounds that Plaintiff's alleged causes of action and relief sought fall expressly under the Magnuson-Moss Warrant Act (MMWA), 15 U.S.C. § 2301, *et seq.* Therefore, this Court has original jurisdiction under 28 U.S.C. § 1331 as the civil action arises solely under United States law, and Defendant is entitled to remove this action from the Anchorage District Court pursuant to 28 U.S.C. § 1441.

5. The MMWA limits federal jurisdiction to cases where the amount in controversy exceeds $50,000, exclusive of interest and costs. 15 U.S.C. § 2310(d)(3)(B). Plaintiff has not claimed a specific amount in damages, claiming instead "diminution in value." Compl. ¶ A. Where it is "unclear or ambiguous from the face of a state-court complaint whether the requisite amount in controversy is pled, the removing defendant bears the burden of establishing, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional threshold." *Fritsch v. Swift Transportation Co. of Arizona, LLC*, 899 F.3d 785, 793 (9th Cir. 2018) (quoting *Urbino v. Orkin Services of California, Inc.*, 726 F.3d 1118, 1121–22 (9th Cir.

NOTICE OF REMOVAL OF CIVIL ACTION - Page 2 of 4
*Holly Dubose v. BMW of North America, LLC,* Case No. 3:22-cv-_____

Case 3:22-cv-00005-JMK   Document 1-1   Filed 01/05/22   Page 4 of 6   Exhibit A
4 of 6

2013)). Here, the purchase price is alleged to be $83,799 and Plaintiff alleges that the vehicle "remains in a defective and unmerchantable condition." Compl. ¶¶ 6, 19. Plaintiff is accordingly seeking more than $50,000 in damages and this Court has jurisdiction over Plaintiff's MMWA claims. *See, e.g., Knopick v. Jayco, Inc.*, 895 F.3d 525 (7th Cir. 2018) (amount in controversy satisfies the MMWA amount in controversy so long as it is not legally impossible for the claimant to recover that amount in damages).

## VENUE

6.  Venue is proper in this district pursuant to 28 U.S.C. § 1391 and District of Alaska Local Rule 3.2(b).

## NOTICE

7.  Attached as **Exhibit A** is a copy of the notice to the state court of the removal which will be filed promptly in the District Court for the State of Alaska, Third Judicial District at Anchorage.

8.  Copies of all process, pleadings, and orders received by Defendant are attached as Exhibits according to 28 U.S.C. § 1446(a):

| Exhibit ID | Document Name | Date Filed |
|---|---|---|
| **Exhibit B** | Complaint | November 30, 2021 |
| **Exhibit C** | Summons and Notice | December 2, 2021 |
| **Exhibit D** | CT Corporation Service of Process | December 7, 2021 |

WHEREFORE, Defendant has removed the state action to this Court.

NOTICE OF REMOVAL OF CIVIL ACTION - Page 3 of 4
*Holly Dubose v. BMW of North America, LLC,* Case No. 3:22-cv-_____

DATED this 5th day of January, 2022.

Davis Wright Tremaine LLP
Attorneys for BMW of North America, LLC

By: _____
M. Scott Broadwell, ABA No. 0611069

Certificate of Service:

I certify that on 5th day of January, 2022, a true
and correct copy of the foregoing document was filed and
served through the Court's CM/ECF system on the following:

Kristen E. Crabb
Guess & Rudd, P.C.
1029 W. Third Avenue, Suite 400
Anchorage, AK 99501
kcrabb@guessrudd.com

By: */s/* Angie Black

4861-3347-5080v.2 0057019-000004

NOTICE OF REMOVAL OF CIVIL ACTION - Page 4 of 4
*Holly Dubose v. BMW of North America, LLC,* Case No. 3:22-cv-_____

Davis Wright Tremaine LLP
LAW OFFICES
188 West Northern Lights Blvd., Ste. 1100
Anchorage, Alaska 99503-3985
(907) 257-5300 · Fax: (907) 257-5399